**Liborio Carbone, Plaintiff-Appellee, v. Robert E. Sparks, Trading as Streator Motor Company, Defendant-Appellant.**

**Gen. No. 10,618.** 

Dove, P. J., dissenting.

**D. M. Gregg, for appellant;** Hollerich & Hurley, and Kevin D. Kelly, for appellee. **Opinion by JUSTICE ANDERSON. Not to be published in full.** Opinion filed December 5, 1952; rehearing denied April 8, 1953; released for publication April 8, 1953.